**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Michael Calvin Duhon
L.P.C.C (CELL 2E-9B) DOC No. 741355
PO Box 2537
Lafayette LA 70502

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on June 8, 2022

**REHEARING ACTION: June 8, 2022**

**Docket Number: 21   00538-KA**

**STATE OF LOUISIANA**
**VERSUS**
**MICHAEL CALVIN DUHON**
**A/K/A MICHAEL C. DUHON**
**A/K/A MICHAEL DUHON**

**Appealed from Lafayette Parish Case No. CR-164436**

**BEFORE JUDGES:**

   **Hon. John E. Conery**
   **Hon. Jonathan W. Perry**
   **Hon. J. Larry Vidrine**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing and the request for oral argument filed by **Michael Calvin Duhon** have

this day been

   **DENIED.**

cc: Donald Dale Landry, Counsel for the Appellee
    Kenneth P. Hebert, Counsel for the Appellee